**Exhibit "4"**
**Stipulation of Dismissal**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY, ET AL.,**<br><br>                                               **Plaintiffs,**<br><br>       -against-<br><br>**PROMPT DIRECT SUPPLY CORP, ET AL.,**<br><br>                                               **Defendants.** | 24-cv- 1924 (OEM)(RML)<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO PROMPT DIRECT SUPPLY CORP AND MICHAEL KARON.** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1.  Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and Prompt Direct Supply Corp and Michael Karon ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2.  Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3.  This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

1

Dated: New York, New York
~~July    , 2024~~
November 5, 2024

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

By: _/s/_____
    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Lee Pinzow, Esq.
    100 Wall Street, Suite 700
    New York, New York 10005
    *Counsel for Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company*

**DAVID R. DARVISH, P.C.**

By: _/s/_____
    David R. Darvish, Esq.
    505 Northern Boulevard, Suite 210
    Great Neck, New York 11021
    *Counsel for Prompt Direct Supply Corp and Michael Karon*

**SO ORDERED**

_____
Orelia E. Merchant, U.S.D.J.

Dated:_____, 2024